THE PEOPLE OF THE STATE OF ILLINOIS, Respondent and Plaintiff-Appellee, *v.* CHARLES DAVIS, Petitioner and Defendant-Appellant.

(No. 56718; ▮▮▮▮▮▮▮)

First District (5th Division)—December 8, 1972.

PER CURIAM.

Gerald W. Getty, Public Defender, of Chicago, (John E. Hughes and James J. Doherty, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Stephen J. Connolly, Assistant State's Attorneys, of counsel,) for the People.

NICK ANDONOPLAS, Plaintiff-Appellee, *v.* JOHN JAREMKO, Defendant-Appellant.

(No. 54462; ▮▮▮▮▮▮▮)

First District—December 12, 1972.

A. J. Refakes, of Chicago, for appellant.

Unger & Unger, of Chicago, for appellee.